UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>WEST 40 REALTY, LLC, et al.,<br><br>                    Defendants. | 24-CV-00488 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 1, 2024, Plaintiff filed affidavits of service indicating that Defendants 340 West 40 Realty, LLC, and 340 West 40 Realty Two, LLC, had been served; accordingly, answers were due by February 20, 2024, and February 21, 2024, respectively.  *See* ECF Nos. 8, 9.  Those dates have passed, and Plaintiff has provided the Court with no further updates regarding its service attempts.

Accordingly, by **March 18, 2024**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case.  The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

SO ORDERED.

Dated: March 11, 2024
           New York, New York

                                                                          _____
                                                                                    DALE E. HO
                                                                          United States District Judge