UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ,

                Plaintiff,

        v.

340 WEST 40 REALTY, LLC, et al.,

                Defendants.

24-CV-488 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    IT IS HEREBY ORDERED that, within **two weeks** of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that by **April 14, 2024**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: March 15, 2024
       New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge