UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>340 WEST 40 REALTY, LLC, et al.,<br><br>        Defendants. | 24-CV-488 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Plaintiff filed this case on January 23, 2024. ECF No. 1. On March 15, 2024, the Court ordered the parties to meet to discuss settlement, and to submit a joint letter regarding the status of settlement negotiations by April 14, 2024. *See* ECF No. 14. Also on March 15, 2024, Defendants requested an extension of time to respond to the Complaint, which the Court granted. *See* ECF Nos. 13, 15. Accordingly, Defendants' deadline to respond to the Complaint was extended to April 14, 2024. *Id*. The deadline for the joint letter and response has passed, and the Court is in receipt of no submission.

  Accordingly, it is hereby ORDERED that the parties shall file a joint letter on the status of settlement negotiations by **April 19, 2024**. Defendants shall file a response to the Complaint by no later than **April 19, 2024**. Plaintiff is on notice that failure to prosecute her case may result in its dismissal. Both parties are on notice that failure to comply with the Court's Orders may result in sanctions.

  SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                              DALE E. HO
                                       United States District Judge